E-FILED 10/20/2009

IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEVADA
LAS VEGAS DIVISION

| In re: | ) | Chapter: 7 |
|---|---|---|
| Birgit Baetz | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 09-28629 |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
HSBC BANK NEVADA, N.A.
BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/14/09
Account Number: ****************0499

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    HSBC BANK NEVADA, N.A.
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com